IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHADERICK A. INGRAM, | No. C -12-04246 EDL |
|---|---|
| Plaintiff, | **ORDER REVOKING IN FORMA PAUPERIS STATUS** |
| v. | |
| CITY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On September 5, 2012, the Court granted Plaintiff's application to proceed in forma pauperis and dismissed Plaintiff's complaint with prejudice. On September 20, 2012, Plaintiff filed a Notice of Appeal, stating that the Court "dismissed [his] civil case illegally," but failing to explain how the Court erred. See Docket No. 7.

On September 26, 2012, the Ninth Circuit issued a Referral Notice to this Court to determine "whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." The Court determines that the appeal is frivolous and hereby REVOKES Plaintiff's in forma pauperis status. See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091 (9th Cir. 2002).

The Clerk of Court is Ordered to notify the Ninth Circuit and the parties of the Court's decision.

Dated: October 4, 2012

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California